**Order filed, June 15, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00478-CV
_____

**SAN JACINTO RIVER AUTHORITY, Appellant**

**V.**

**TODD  ALLEN, ET AL, Appellee**

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2018-11744**

---

## ORDER

The reporter's record in this case was due May 31, 2018.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Cynthia Berry, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM